# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

HOLLI WRICE,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 16-cv-00663-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Holli Wrice's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**; that judgment is entered in this case in favor of respondent **United States of America** and against petitioner **Holli Wrice**, and that this case is dismissed with prejudice.

**DATED:** 6/8/2017

                                            **Justine Flanagan**
                                            **Acting Clerk of Court**

                                            *s/Tina Gray,* **Deputy Clerk**

**Approved:**    *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**